204　　　　　　　　　　July 11, 2022　　　　　No. 14

IN THE OREGON TAX COURT
REGULAR DIVISION

James WAKEFIELD,
*Plaintiff,*
*v.*

DEPARTMENT OF REVENUE,
State of Oregon,
*Defendant.*

(TC 5405)

In this personal income tax case, Plaintiff submitted a motion to stay his obligation to pay the tax assessed, based on undue hardship. Plaintiff did not file an affidavit setting forth the specific facts and circumstances to establish undue hardship. Defendant argued that the court should have denied the motion or required taxpayer to file an affidavit within 30 days. The court concluded that taxpayers seeking a stay of payment of tax assessed must file the affidavit and ordered Plaintiff to file an affidavit within 30 days. The case was dismissed after taxpayer did not file the required affidavit.

Submitted on Plaintiff's motion for stay of payment of income tax.

Samuel D. Grosz, Attorney at Law, Portland, filed the motion for Plaintiff.

Darren Weirnick, Senior Assistant Attorney General, Department of Justice, Salem, filed a response for Defendant.

Decision rendered July 11, 2022.

**ROBERT T. MANICKE, Judge.**

This matter comes before the court on Plaintiff's Motion for Stay of Payment of Tax filed on or about May 31, 2022. The motion requests a stay of the requirement under ORS 305.419(3) to pay the income tax, penalties, and interest assessed in this matter.

Plaintiff did not include with his motion an affidavit setting forth the specific facts and circumstances that establish undue hardship. This affidavit is specifically required under ORS 305.419(3) and Tax Court Rule (TCR) 18 C(3)(a). The affidavit is a sworn statement, under penalty of perjury, and must be signed before a notary public.

A form of this affidavit is available on the court's website at https://www.courts.oregon.gov/forms/Documents/TAX-MotionForStay.pdf. A copy of the form is enclosed ("Affidavit of Income, Assets, and Expenses in Support of Motion for Stay of Payment of Income Tax").

The court hereby notifies Plaintiff that Plaintiff must file the completed affidavit with the court, and serve a copy on Defendant, within 30 days of this notice. If Plaintiff fails to do so, payment of the tax, penalty, and interest assessed will be due immediately, and failure to pay will be cause for dismissal.

The court further notifies Plaintiff that, pursuant to TCR 18 C(3)(b), Defendant may file objections to the motion within 30 days after Plaintiff serves it on Defendant. Now, therefore,

IT IS SO ORDERED.